**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 97-cr-00040-DBS-001

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LALISHA JACKSON,
a/k/a Candace Anderson
       Defendant.

_____

**ORDER CONTINUING SUPERVISED RELEASE
AND IMPOSING ADDITIONAL SPECIAL CONDITION**
_____

       This matter comes to the attention of the court upon the report of the probation officer, and following a hearing on violation of supervised release heard by the court on June 29, 2006, it is

       ORDERED that a finding of guilt be entered as to Charge 1, Use of an Illegal Controlled Substance, based upon the information provided by the probation officer and the defendant's admission, that Charge 2, Law Violation: Disturbing the Peace, be held in abeyance until February 8, 2007 at 2:30 p.m. or further order of the court, and that the defendant shall be continued on supervision until expiration and shall observe all standard and special conditions of supervised release as imposed in this matter May 10, 2006, and it is further

       ORDERED that the defendant be released by the United States Marshals Service to the assigned United States Probation Officer and that the defendant be subject to the following additional special condition:  The defendant shall cooperate with the probation officer who will assist the defendant upon release to proceed immediately to the Aurora, Colorado Municipal Court, and with the consent of the Aurora Municipal Court, the defendant shall relocate to Lubbock, Texas where she shall cooperate with the transfer of supervision while jurisdiction remains with this Court.

       DATED at Denver, Colorado, this 12th day of July, 2006.

       BY THE COURT:

       s/ Daniel B. Sparr
       DANIEL B.  SPARR

Senior United States District Court Judge